UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IT IS SO ORDERED.

BRIDGET M. BRENNAN
U.S. DISTRICT JUDGE
Date: 4/22/2022

------------------------------------------------------------------x

Sarah Angeles, individually and on behalf of all others similarly situated a/k/a Sarah Farber;

Plaintiff,

Civil Action No:
5:21-cv-2055

-v.-

Debtsy, Inc., Velocity Investments, LLC
and John Does 1-25.

Defendants.

------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 21, 2022

| For Plaintiff Sarah angeles<br><br>/s/ Amichai Eitan Zukowsky<br>Amichai Eitan Zukowsky<br>Zukowsky Law, LLC<br>23811 Chagrin Blvd., Ste. 160<br>Beachwood, OH 44122<br>216-800-5529<br>ami@zukowskylaw.com | For Defendants Debtsy, Inc. and Velocity Investments, LLC<br>/s/ Nabil G. Foster<br>Nabil G. Foster (Illinois Bar No. 6273877)<br>BARRON & NEWBURGER, P.C.<br>53 W. Jackson Blvd. #1205<br>Chicago, IL 60604<br>312-767-5750<br>nfoster@bn-lawyers.com |
|---|---|
| | |